U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jun 23 - 2026
John M. Domurad, Clerk

Shavasia Faggins
41 Linden Street
Yonkers, NY 10701
347-628-5168
shavasiafaggins@gmail.com

June 23, 2026

The Honorable Judge Daniel Stewart

James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, NY 12207

**Re:** Request for Adjournment and Sealing of Record
**Case No.:** 125-CV-699

Dear Honorable Judge Daniel Stewart,

I am requesting that this case be adjourned so that I may secure legal counsel either on my own or through appointment by the court. I would also like to request that this legal proceeding be sealed or that it be removed from public access. I've been made aware that all actions taken in this proceeding can be easily accessed by the public, which presents a risk to my current and future safety. I appreciate your attention to this matter and look forward to your final decision.

Respectfully submitted, Shavasia Faggins

Shavasia Faggins